RECEIVED
Western District of Washington
at Seattle
FEB -8 2016
MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

JUDGE: TIMOTHY DORE
CHAPTER: 7

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

PATRICK RICHARD CUFF

Debtor(s).

No. 01-18083-TWD

TURNOVER OF UNCLAIMED FUNDS

TO: THE CLERK OF THE COURT

Please find attached hereto check no. 115 in the sum of $5120.65 and check no. 114 in the amount $11,658.54 payable to the Court representing the total amount of unclaimed dividends in the above-entitled case which, when cashed, will create a zero balance in the trustee's bank account for this estate. (My system does not appear to allow me to issue just one check). Said sum is paid over to you pursuant to 11 U.S.C. sec. 347(a). The party entitled to said unclaimed dividends is:

**UNCLAIMED DIVIDEND MORE THAN $25**

| NAME AND LAST KNOWN ADDRESS OF CREDITOR | CLAIM NUMBER | AMOUNT CLAIMED | INTEREST | DISTRIBUTION AMOUNT |
| --- | --- | --- | --- | --- |
| Bank of America<br>PO Box 15733<br>Wilmington DE 19850-5733 | 13 | 7,849.40 | 3,809.14 | 11,658.54 |
| Bank of America | 14 | 3,447.60 | 1,673.05 | 5,120.65 |

Respectfully submitted this 2nd day of February, 2016.

/s/ Michael B. McCarty
Michael B. McCarty, WSBA #13162

TURNOVER OF UNCLAIMED FUNDS

Page 1

Law Offices of Michael B. McCarty
400 Warren Ave., Suite 411
Bremerton, WA 98337
(360) 377-4750

Case 01-18083-TWD    Doc 113    Filed 02/08/16    Ent. 02/08/16 14:00:51    Pg. 1 of 1